**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Kenny R. Thomas
Louisiana State Penitentiary DOC No. 386726
Camp-D- Eagle – 4
Angola, LA 70712

**REHEARING ACTION: July 18, 2018**

**Docket Number: 17   00980-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KENNY R. THOMAS**

**Writ Application from Evangeline Parish Case No. 57594-FA**

**BEFORE JUDGES:**

   **Hon. Shannon J. Gremillion**
   **Hon. John E. Conery**
   **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Kenny R. Thomas** is:

   **REHEARING DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent